IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANTHONY MANNING,

      Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS; JULIE JONES,
SECRETARY,

      Respondents.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1615

Opinion filed August 4, 2016.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Anthony Manning, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, and Kenneth S. Steely, General Counsel, Florida Department of Corrections, Tallahassee, for Respondents.

PER CURIAM.

      DENIED.

LEWIS, WETHERELL, and RAY, JJ., CONCUR.